## UNITED STATES BANKRUPTCY COURT
for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Kapitus Servicing Inc.** | ) |
| *Plaintiff* | ) |
| v. | ) Case No.: 20-43914-mxm13 |
| **Carroll James LeBouef, III** | ) |
| *Defendant* | ) |

### AFFIDAVIT OF SERVICE

I, Angelo Amador, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 14, 2021 at 11:08 am. I served these documents on Carroll James LeBouef, III in Denton County, TX on April 19, 2021 at 7:20 pm at 2130 Shoreline Road, Flower Mound, TX 75022 by personal service by handing the following documents to an individual identified as Carroll James LeBouef, III.

Summons in an Adversary Proceeding, including Complaint

Additional Description:
Served Carrol with the documents. White Male, est. age 45, glasses: N, Black hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: http://maps.google.com/maps?q=33.01340986,-97.09847352

I received the following documents on April 14, 2021 at 11:08 am. I served these documents on Carroll James LeBouef, III in Denton County, TX on April 21, 2021 at 6:12 pm at 2130 Shoreline Road, Flower Mound, TX 75022 by personal service by handing the following documents to an individual identified as Carroll James LeBouef, III.

Scheduling Order

Additional Description:
Served Carrol with the additional documents.

White Male, est. age 45, glasses: N, Black hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: http://maps.google.com/maps?q=33.01341981,-97.09838982

My full name is Angelo Amador. My date of birth is 11/28/1971. My address is 2712 Fountainview Dr, Corinth , TX 76210.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _Texas_, _Flower Mound_ on _4-21-21_.

Angelo Amador - (972) 974-7516
Certification Number: PSC-16261
Expiration Date: 2/28/2021

# Exhibit 1

Exhibit 1a)

